**Electronically Filed
Supreme Court
SCWC-22-0000402
02-DEC-2025
11:47 AM
Dkt. 23 OGAC**

SCWC-22-0000402

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

TYLER RALSTON,
Petitioner/Appellant-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES,
Respondent/Appellee-Appellee

and

RESORTTRUST HAWAII, LLC,
Respondent/Appellee-Appellee.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000402; CASE NO. 1CCV-21-00001528)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioner Tyler Ralston's Application for Writ of

Certiorari, filed on October 7, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held in this case, subject to further order of the court.  Any

party may, within ten days and pursuant to Rule 34(c) of the

Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 2, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Jeannette H. Castagnetti